JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WEI LI,

               Petitioner,

    v.

WARDEN OF DESERT VIEW
FACILITY, et al.,

               Respondents.

Case No. 5:26-cv-3474-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Wei Li (A# 245-519-155) is to be released from the custody of Immigration and Customs Enforcement immediately on the terms of his original order of release on recognizance.  Respondents are also ordered to return petitioner's personal identification documents including driver's license and employment authorization.

The Clerk is instructed to close this case.

DATED: <u>July 1, 2026</u>

_____
HON. STEVE KIM
United States Magistrate Judge